UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20898-cr-JORDAN/MCALILEY

UNITED STATES,

    Plaintiff,
v.

CARLOS GERMAN BERDEAL et al.,

    Defendants.
_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

DONE AND ORDERED in chambers at Miami, Florida, this 1st day of May, 2008.

*[signature]*
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida and Administrative Order 2008-09, this cause will be reassigned to the calendar of the Honorable William C. Turnoff.

All documents for filing in this case shall carry the following case number and designation :07-cr-20898-JORDAN/TURNOFF.

BY ORDER OF THE COURT this 5th day of May, 2008, Miami, Florida.

STEVEN M. LARIMORE
Clerk of Court

By: *Maedon Clark*

cc: The Honorable Adalberto Jordan
Counsel of Record