UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO: 07-20898-CR-JORDAN

UNITED STATES OF AMERICA

vs.

CARLOS GERMAN BERDEAL, *et al*,

Defendants.
_____/

### ORDER ON DEFENDANTS' MOTION TO FILE DECLARATION OF T. NEAL MCALILEY AND ITS ATTACHMENTS UNDER SEAL

THIS CAUSE having come before the Court on the Motion to File Declaration of T. Neal McAliley and Its Attachments Under Seal [D.E. 46], filed by Defendants Lilliam P. Berdeal, Carlos G. Berdeal, and Carlos Seafood, Inc., and the Court having considered the Motion, reviewed the Court record, and being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendants are granted leave to file the Declaration of T. Neal McAliley and its attachments [D.E. 47] under seal.

The Clerk is hereby directed to accept for filing the foregoing documents under seal and to transmit a copy thereof to Chambers for consideration by the Court.

The documents shall remain ~~permanently~~ sealed, until further order of the court. This order shall be filed in the public record.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of July, 2008.

_____
THE HONORABLE ADALBERTO JORDAN
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished To: All counsel of record

MIAMI 787854 (2K)