UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20898-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| CARLOS GERMAN BERDEAL, LILLIAM PASTRANA BERDEAL, RODOLFO JULIO REGO, and CARLOS SEAFOOD, INC. | ) ) ) ) ) |

**ORDER ADOPTING REPORT & RECOMMENDATION ON MOTION TO SUPPRESS**

After a de novo review of the record, I adopt Magistrate Judge Turnoff's report and recommendation [D.E. 105], to which there have been no objections. Accordingly, the defendants' motion to suppress evidence derived from an impermissible photographic identification [D.E. 48] is GRANTED IN PART and DENIED IN PART. Testimony as to the out-of-court identification of Mr. Berdeal by Mr. Green will be permitted, but no in-court identification will be allowed. Finally, all reports that discuss Mr. Green's identification of Mr. Berdeal in Agent Orevetz's possession shall be turned over to the defendants within 10 days.

DONE and ORDERED in chambers in Miami, Florida, this 28th day of January, 2009.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           Magistrate Judge Turnoff